DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SRL ASSOCIATES,** a Florida general partnership,
Appellant,

v.

**THE ESTATE OF ROBERT A. SHUPACK** and **PERSONAL REPRESENTATIVE, ERIC R. SEVERSON, ESQ.,**
Appellee.

No. 4D13-4839

[October 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 2011CA000603XXXXMB.

Alan G. Geffin and Christopher Perez-Gurri of GPG Law, Fort Lauderdale, for appellant.

No brief filed, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***